UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                         Case Number 23-20322
v.                                                  Honorable David M. Lawson

JOHN MICHAEL GARRON,

        Defendant.
_____/

**ORDER GRANTING MOTION TO EXTEND DEADLINE
TO SUBMIT ACCOUNTING OF WORK PERFORMED**

This matter is before the Court on a motion by the defendant's prior retained counsel to extend the time for submitting an accounting of amounts paid and work performed during the representation. The Court has considered the motion and finds that it should be granted.

Accordingly, it is **ORDERED** that the motion to extend time (ECF No. 36) is **GRANTED**. Defendant's previously retained counsel must file his accounting of all amounts paid by or on behalf of the defendant and work performed during the representation to the date of discharge **on or before March 16, 2024**.

                                                            s/David M. Lawson
                                                            DAVID M. LAWSON
                                                            United States District Judge

Dated: February 22, 2024