UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,
Plaintiff,
v.
JOHN MICHAEL GARRON,
Defendant.

Case #: 2:23-cr-20322
Hon. David M. Lawson

_____

| UNITED STATES ATTORNEY'S OFFICE | Komorn Law, PLLC |
|---|---|
| CHRISTOPHER RAWSTHORNE | By: MICHAEL A. KOMORN(P47970) |
| DIANE NICOLE PRINC | Attorney for the Defendant |
| Assistant United States Attorney | 30903 Northwestern Hwy, Ste 240 |
| 211 W. Fort Street, Suite 2001 | Phone: 248-357-2550 |
| Detroit, MI 48226 | Fax: 248-897-0460 |
| diane.princ@usdoj.gov | e-Mail: michael@komornlaw.com |
| Phone: 313-600-9215 | |
| FAX: 313-226.2372 | |

_____

<u>EXPARTE MOTION AND BREIF FOR FUNDS
TO RETAIN EXPERT SERVICES</u>

NOW COMES John Garron by Michael Komorn who states for the motion as follows:

1. Defendant is charged with **Count 1 Production of Child Pornography, in violation of 18 U.S.C._§ 2251(a), and Count 2 Transportation of Child Pornography, in violation of 18 U.S.C. 2252A(a)(1).**

2. On June 7,2023, the Defendant was named in a two (2) Count indictment, filed in the United States District Court for the Eastern District of Michigan, docket number 23-CR-20322, Count 1 Sexual Exploitation of Children, in violation of 18 U.S.C. § 2251(a) and 2251(e).

3. On November 9. 2023, the Defendant entered a Plea pursuant to a Rule 11.

4. The Defendant is currently scheduled for Sentencing on March 14, 2024.

5. Counsel for the Defendant wishes to retain the services of licensed psychologist for the purposes of performing a psychological evaluation of the defendant prior to sentencing.

6. Counsel for the Defendant wishes to retain the services Dr. **Karen M Groth, 85 Macomb Place, Ste 102, Mt. Clemons MI, 48043. #248-733-3907.**

7. **Dr. Karen M Groth, is qualified, capable, and available to provide the consultive services needed to assist counsel for the defendants sentencing.**

8. **She has previously been used in other CJA cases in this district and has provided services to attorneys at the Federal Community Defenders Office in Detroit.**

9. Dr. Groth's specialties include Sexual Addiction, Sexual Offending, Pornography Addiction and more.

10. This Court is authorized under 18 USC § 3006A, to authorize funds for expert services.

11. Dr. Goth quoted counsel a fee in the amount of $2600.00.

12. Dr Goth specifically requested that the Order appointing her for expert services include that: her jail visit to with the defendant at the Milan Facility allow her to bring a laptop into the Milan facility, to conduct the psychological evaluation.

WHEREFORE, based upon the foregoing, counsel request an exparte order granting the request for funds to compensate the psychologist **Dr. Karen M Groth, in the amount of $2600.00.**

**Dated 3/4/24**                                                    _____

Komorn Law, PLLC
By: MICHAEL A. KOMORN(P47970)
Attorney for the Defendant
30903 Northwestern Hwy, Ste 240
Phone: 248-357-2550
Fax: 248-897-0460
e-Mail: michael@komornlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,
Plaintiff,
v.
JOHN MICHAEL GARRON,
Defendant.

Case #: 2:23-cr-20322
Hon. David M. Lawson

_____

| UNITED STATES ATTORNEY'S OFFICE | Komorn Law, PLLC |
|---|---|
| CHRISTOPHER RAWSTHORNE | By: MICHAEL A. KOMORN(P47970) |
| DIANE NICOLE PRINC | Attorney for the Defendant |
| Assistant United States Attorney | 30903 Northwestern Hwy, Ste 240 |
| 211 W. Fort Street, Suite 2001 | Phone: 248-357-2550 |
| Detroit, MI 48226 | Fax: 248-897-0460 |
| diane.princ@usdoj.gov | e-Mail: michael@komornlaw.com |
| Phone: 313-600-9215 | |
| FAX: 313-226.2372 | |

_____

### ORDER TO SEAL

This Court being informed of the reasons to seal set forth by counsel HEREBY ORDERS that counsel's motion and brief may be filed under seal.

Dated 3/4/24

_____
Judge David M. Lawson
United States District judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,
Plaintiff,
v.
JOHN MICHAEL GARRON,
Defendant.

Case #: 2:23-cr-20322
Hon. David M. Lawson

_____

| UNITED STATES ATTORNEY'S OFFICE | Komorn Law, PLLC |
|---|---|
| CHRISTOPHER RAWSTHORNE | By: MICHAEL A. KOMORN(P47970) |
| DIANE NICOLE PRINC | Attorney for the Defendant |
| Assistant United States Attorney | 30903 Northwestern Hwy, Ste 240 |
| 211 W. Fort Street, Suite 2001 | Phone: 248-357-2550 |
| Detroit, MI 48226 | Fax: 248-897-0460 |
| diane.princ@usdoj.gov | e-Mail: michael@komornlaw.com |
| Phone: 313-600-9215 | |
| FAX: 313-226.2372 | |

_____

<u>EXPARTE MOTION AND BRIEF TO SEAL</u>

NOW COMES Michael Komorn, on behalf of the Defendant, who moves this Court for an order sealing Defendant's Ex Parte Motion and Brief for Funds to Retain Expert Services. It is of a confidential nature, not information the prosecution should be involved in or informed of and the motion should therefore be filed under seal.

Respectfully Submitted,

Dated 3/4/24

_____
Komorn Law, PLLC
By: MICHAEL A. KOMORN(P47970)
Attorney for the Defendant
30903 Northwestern Hwy, Ste 240
Phone: 248-357-2550
Fax: 248-897-0460
e-Mail: michael@komornlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,
Plaintiff,                                                    Case #: 2:23-cr-20322
v.                                                            Hon. David M. Lawson
JOHN MICHAEL GARRON,
Defendant.
_____

| UNITED STATES ATTORNEY'S OFFICE | Komorn Law, PLLC |
|---|---|
| CHRISTOPHER RAWSTHORNE | By: MICHAEL A. KOMORN(P47970) |
| DIANE NICOLE PRINC | Attorney for the Defendant |
| Assistant United States Attorney | 30903 Northwestern Hwy, Ste 240 |
| 211 W. Fort Street, Suite 2001 | Phone: 248-357-2550 |
| Detroit, MI 48226 | Fax: 248-897-0460 |
| diane.princ@usdoj.gov | e-Mail: michael@komornlaw.com |
| Phone: 313-600-9215 | |
| FAX: 313-226.2372 | |

_____


<u>ORDER ALLOWING DEFENDANT FUNDS TO RETAIN EXPERT</u>

This Court being informed of the reasons set forth by counsel's motion, HEREBY ORDERS that compensation to Psychologist **Dr. Karen M Groth, be paid in the amount not to exceed $2600.00. That the Court further ORDERS that:** Dr. Karen Groth's jail visit to with the defendant at the Milan Facility allows her to bring a laptop into the Milan facility, to conduct the psychological evaluation.


Dated:                                                         _____
                                                               Judge David M. Lawson
                                                               United States District judge